UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE C. CHIN,

      Plaintiff,

      v.

HONORABLE HEAD OF RUSSIAN INTELLIGENCE MIKHAIL FRADKOV, et al.,

      Defendants.
_____/

No. C 09-1379   JL

**ORDER RE ECF REGISTRATION**

The Court received Plaintiff's Request for ECF Registration, at Docket # 5. Before considering the Request, due to Plaintiff's pro se status, the Court orders Plaintiff to advise whether he complies with the requirements for filing electronically:

These are:

**1.     The pro se party must be able to meet all the technical requirements.**

**HARDWARE**

Personal Computer (or access to one). Microsoft Windows is fully supported, but Macintosh and Unix/Linux will also work (however the ECF HelpDesk can provide little or no support on anything besides Microsoft Windows since we do not have access to these systems).

1    Scanner (or access to one) is optional, but highly advised for converting documents
2 which exist only in paper (such as exhibits).  Basic scanners can be found these days for
3 under $100.00.
4 * Note that you do NOT ever need to scan just to show signatures in civil cases, but some
5 criminal filings do require full scanning of the documents.

**INTERNET and EMAIL**

Internet Access to http://ecf.cand.uscourts.gov

Dial-up works, but faster (DSL, cable, etc.) is always better.

Email Account to receive ECF notices and send required emails.  Any email service will work (including free ones like Fastmail, Yahoo, etc.).

Web Browser such as Internet Explorer, Mozilla or Netscape.

**SOFTWARE**

Word-Processing Program to create your documents. Microsoft Word or Corel WordPerfect are commonly used, but not "required" as any word-processor/text-editor will work fine for ECF (even Notepad!).  ECF adheres to all the same rules as paper-cases, so all electronic documents must meet the same standards of formatting (fonts, captions, line numbers, etc.).

PDF Reader Program to READ PDF files.  Adobe Acrobat Reader is by far the most common program and is FREE.  Make sure you configure your Adobe Acrobat software to avoid problems when downloading documents.

PDF Writer (or "converter") Software to CREATE PDF files. This is different from the PDF Reader and is NOT included in the free Adobe Acrobat Reader.  Note that WordPerfect 9 (and above) and Macintosh OSX already have built-in PDF writers. Additionally, you may already have software installed... to find out, click Start > Settings > Printers and see if you have any printers labeled anything like:

Acrobat Distiller

Acrobat PDFWriter

PDF995

(Any other "PDF", "Adobe" or "Acrobat" printer)

**2.     The pro se party must abide by all e-filing and other rules and orders of the court.**

**3.     The pro se party must submit a motion to the court to be allowed to e-file on their case.**

ONLY AFTER the judge grants the motion AND that order appears on the docket may the pro se party submit the registration form located on the ECF web site (do not use the attorney ECF registration process).

**ORDER**

Accordingly, Plaintiff shall submit a declaration under penalty of perjury that he meets all the technical requirements to e-file and that he will comply with all e-filing rules.

The Court will then consider Plaintiff's Request for ECF Registration.

IT IS SO ORDERED.

DATED: April 16, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-1379 ORDER RE ECF.wpd