Lawrence C. Chin
3053 Fillmore St. #300
San Francisco CA 94123
310-614-5429
theophoretos@gmail.com

Lawrence C. Chin PRO SE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE C. CHIN,<br><br>Plaintiff,<br><br>vs.<br><br>HONORABLE HEAD OF RUSSIAN FOREIGN INTELLIGENCE MIKHAIL FRADKOV;<br><br>MOST HONORABLE PRESIDENT OF THE INTERNATIONAL COURT OF JUSTICE ROSALYN HIGGINS,<br><br>Defendants | Case No.: C-09-01379-JL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING |

On April 17 2009 plaintiff filed a motion to request that the Court give leave for him to file a supplemental pleading. The Court has reviewed and considered plaintiff's moving paper and, GOOD CAUSE APPEARING, it is so ordered that plaintiff's request to file supplemental pleading in lieu of the costly and laborious amendment of the original complaint be granted. Plaintiff may now file a supplemental pleading and serve it on the defendants.

Dated

PROPOSED ORDER GRANTING MOTION TO FILE SUPPLEMENTAL PLEADING - 1

James Larson
Chief Magistrate of US District Court for Northern District of California

PROPOSED ORDER GRANTING MOTION TO FILE SUPPLEMENTAL PLEADING - 2