Lawrence C. Chin
3053 Fillmore St. #300
San Francisco CA 94123
310-614-5429
theophoretos@gmail.com

Lawrence C. Chin PRO SE



ORIGINAL FILED
MAY 04 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAWRENCE C. CHIN,

    Plaintiff,

vs.

HONORABLE HEAD OF RUSSIAN FOREIGN INTELLIGENCE MIKHAIL FRADKOV;

MOST HONORABLE PRESIDENT OF THE INTERNATIONAL COURT OF JUSTICE ROSALYN HIGGINS,

    Defendants

Case No.: C-09-01379-JL

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DECLARE COMPLAINCE WITH ECF SYSTEM REQUIREMENTS

E-filing

On April 17 2009 plaintiff filed a motion to declare his compliance with ECF system requirements and his willingness to abide by rules and orders of the Court in regard to electronic filing. The Court has reviewed and considered plaintiff's moving paper and, GOOD CAUSE APPEARING, it is so ordered that plaintiff's request to register for the ECF system so as to file documents electronically in the future be granted. Plaintiff may now register for the ECF system.

Dated May 4, 2009

PROPOSED ORDER GRANTING MOTION TO DECLARE COMPLAINCE WITH ECF REQUIREMENTS - 1

James Larson
Chief Magistrate of US District
Court for Northern District of
California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER GRANTING MOTION TO DECLARE COMPLAINCE WITH ECF REQUIREMENTS - 2