UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence Chin,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Honorable Head of Russian Foreign Intelligence, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-1379 JL<br><br>**ORDER TO SHOW CAUSE** |

NOTICE TO PLAINTIFF, APPEARING PRO SE:

　　You are hereby ordered to appear before this court on Wednesday, September 23, 2009 at 9:30 a.m., in Courtroom F, on the 15th Floor, 450 Golden Gate Avenue, San Francisco, to show cause why your case should not be dismissed for failure to prosecute, pursuant to Rule 41, Federal Rules of Civil Procedure. The last day to serve any defendant was July 27, 2009, as required by Rule 4(m), Federal Rules of Civil Procedure. In addition, you failed to appear for the Initial Case Management Conference on August 19.

　　If you fail to appear on September 23, your case will be dismissed with prejudice.

　　IT IS SO ORDERED.

DATED: August 20, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　James Larson
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-1379\OSC.wpd

C-09-1379 ORDER TO SHOW CAUSE　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1