UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. CHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>HONORABLE HEAD OF RUSSIAN INTELLIGENCE MIKHAIL FRADKOV, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-1379   JL<br><br>**DISMISSAL WITH PREJUDICE** |

On August 20, 2009, this Court issued an Order to Show Cause to Plaintiff why his case should not be dismissed for failure to prosecute, pursuant to Rule 41, Federal Rules of Civil Procedure. Plaintiff previously consented to this Court's jurisdiction pursuant to 28 U.S.C. §636(c). The last day to serve any defendant was July 27, 2009, as required by Rule 4(m), Federal Rules of Civil Procedure, and Plaintiff has not served any defendant. In addition, Plaintiff failed to appear for the Initial Case Management Conference on August 19. In the Order to Show Cause, the Court warned Plaintiff that if he failed to appear on September 23, his case would be dismissed with prejudice. The Court also emailed Plaintiff and attempted to reach him by telephone, but his phone number was no longer a working number. The case was called and Plaintiff again failed to appear.

1 | Accordingly, his case is dismissed with prejudice. The clerk shall close the file.
2 | IT IS SO ORDERED.
3 | DATED: September 23, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\09-1379\DISMISSAL.wpd

United States District Court
For the Northern District of California